THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD PITTS, Appellant. [778 NYS2d 338]—Appeal from an order of the Monroe County Court (Frank P. Geraci, Jr., J.), entered August 28, 2001. The order denied defendant's motion pursuant to CPL 440.30 (1-a) for DNA testing of certain evidence.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed for reasons stated in decision at Monroe County Court (*see People v Barnwell,* 6 AD3d 1147 [2004]). Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Kehoe, JJ.